UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KIRK A. CARLOS, | ) | CASE NO. C07-0450-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, | ) | PURSUANT TO 42 U.S.C. § 406(b) |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). (Dkt. 25) Defendant does not object to plaintiff's request. (Dkt. 27) Having considered plaintiff's motion and the accompanying documents, it is hereby ORDERED that:

(1) The Court GRANTS plaintiff's motion and authorizes a gross attorney's fee of $22,632.50 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act award of $7,124.04. Plaintiff's attorney shall therefore be awarded the net sum of **$15,508.46**.

(2) Defendant will release the above-described fee, minus any applicable processing fees as allowed by statute, within **thirty days (30)** of the date of this Order.

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES
PAGE -1

(3) The Clerk shall send copies of this Order to the parties.

DATED this 19th day of August, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES
PAGE -2